UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN MCLEOD,

    Petitioner,

                                        Civil No: 03-74122
                                        Honorable Avern Cohn

    v.

KURT JONES,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus **[Doc. #1-1]**, and in accordance with the Memorandum Opinion and Order Denying the Petition for Writ of Habeas Corpus entered on August 23, 2005,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus **[Doc. #1-1, filed October 24, 2003]** is **DENIED.**

IT IS FURTHER ORDERED that Petitioner's case is **DISMISSED WITH PREJUDICE.**

                                                    DAVID WEAVER
                                                    CLERK OF THE COURT

                                                    BY: s/ Julie Owens
                                                        DEPUTY CLERK